UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00609-RJC

| | |
|---|---|
| ELAINE T. RUDISILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| BUSTER GLOSSON et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendants Buster Glosson, Brad Glosson, Michael Floyd, Vicki Glosson, G. Michael Floyd, Eagle, Ltd., Global Bus Ventures, LLC, and DL Bus Pacific's (collectively, "Moving Defendants") Motion to Withdraw Reference of Adversary Proceeding, (Doc. No. 1); Plaintiff's Responsive Brief in Opposition, (Doc. No. 2); and Moving Defendants' Reply Brief, (Doc. No. 3).

The United States Bankruptcy Court of the Western District of North Carolina issued an order approving the global settlement of adversary proceedings on November 8, 2017. (See Rudisill v. Glosson et al., 3:13-BK-31943, Doc. No. 218). Having settled all claims in the bankruptcy court, the Motion to Withdraw, (Doc. No. 1), is now **DENIED as moot**.

**SO ORDERED.**

Signed: January 11, 2019

Robert J. Conrad, Jr.
United States District Judge

1